**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V. )<br>)<br>NATHANIEL WATKINS, )<br>)<br>              Defendant. )<br>) | Criminal No. 1:90cr260 |

**ORDER**

     This matter comes before the Court on the Defendant's motion to modify sentence.  It appearing to the Court that it is without authority to entertain such a motion, it is hereby

     ORDERED that the Defendant's motion is DENIED.

                                                          /s/
                                     _____
                                    UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 9  , 2005